IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3159 |
| | ) | |
| v. | ) | |
| | ) | |
| LINNIE J. JANIGON, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED: The government's unopposed motion for extension of time to respond to defendant's motion to suppress, filing 20, is granted. The government's shall respond to the defendant's motion on or before January 19, 2007.

DATED this 22nd day of December, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge