```
             IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,      )
                               )
          Plaintiff,           )
                               )         4:06CR3159
     v.                        )
                               )
LINNIE J. JANIGON,             )
                               )            ORDER
          Defendant.           )
                               )
```

IT IS ORDERED:

This case is removed from the January 8, 2007 trial docket and will be rescheduled following disposition of pending motions.

DATED this 4th day of January, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge