IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 4:06CR3159 |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| LINNIE JANIGON, ) | |
| ) | |
| ) | |
| Defendant. ) | |

NOW ON THIS 14th day of May, 2007, this matter comes on before the Court upon the United States' Motion to Strike Preliminary Order of Forfeiture, Return Property, Close Forfeiture Case and Memorandum Brief. The Court reviews the record in this case and, being duly advised in the premises, finds the United States' Motion should be sustained.

IT IS THEREFORE ORDERED as follows:

1. The United States' Motion to Strike Preliminary Order of Forfeiture, Return Property and Close Forfeiture Case is hereby sustained.

2. This Court's Preliminary Order of Forfeiture (Filing No. 46) is hereby stricken.

3. The Lincoln Police Department is holding an H & K, .45 caliber pistol, serial number 25-100651. The Lincoln Police Department shall provide this weapon to James L. Breedlove, of 5520 Union Hill Road, Apartment 203, Lincoln, NE 68516.

4. The United States shall notify the Court after the weapon has been delivered to Mr. Breedlove.

May 14, 2007.                                          BY THE COURT:

                                                       s/ *Richard G. Kopf*
                                                       United States District Judge