IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:06CR3159 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| LINNIE J. JANIGON, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the petition for offender under supervision (filing 65) is dismissed without prejudice. The defendant's February 6, 2014 revocation hearing is canceled.

Dated February 5, 2014.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge